**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **TERRY SMITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.**  3:24CV-744-RGJ |
| | ) | |
| **COMPASS GROUP USA, INC.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **UofL HEALTH, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Defendant UofL Health, Inc. ("UofL Health"), by and through counsel, hereby respectfully appears for the purpose of removing the action styled *Terry Smith v. Compass Group USA, Inc. and UofL Health – Louisville, Inc.,* currently pending in Jefferson County Circuit Court (the "State Court Action") to the United States District Court for the Western District of Kentucky - Louisville Division. As grounds for removal, Defendant states as follows:

### NATURE OF THE CASE

1.      On December 3, 2024, Plaintiff Terry Smith ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Division 13 assigned Case No. 24-CI-008566. A copy of the Complaint is attached hereto as **Exhibit 1.**

2.      Plaintiff's Complaint demands compensatory and punitive damages arising from his employment.

3.      Consistent with 28 U.S.C. §§ 1441 and 1446, UofL Health is timely removing the State Court Action to this Court within thirty (30) days after receipt of Plaintiff's Complaint from which UofL Health could first ascertain that this case is one which is or has become removable.

*See* 28 U.S.C. §1446(b)(1).

4.      As detailed more fully below, this Court has federal question jurisdiction over this matter because some or all of Plaintiff's allegations arise under Title VII of the Civil Rights Act of 1964 ("Title VII").

## TIMELINESS OF REMOVAL

5.      Plaintiff filed the Complaint on December 3, 2024. *See* **Exhibit 1**. UofL Health was served the Complaint on December 12, 2024.

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b)(3) as it is filed within thirty (30) days of Defendant's receipt of "a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," from which UofL Health could first ascertain that this case is one which is or has become removable. *See* 28 U.S.C. §1446(b)(1).

## VENUE

7.      The Jefferson County Circuit Court is located in the Western District of Kentucky. Venue is proper because this is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

## FEDERAL QUESTION

8.      The State Court Action is one in which this Court, pursuant to 28 U.S.C. § 1331, has original federal question jurisdiction given Plaintiff's claim of discrimination under Title VII. *See* Complaint, ¶¶ 10, 15, 24-35. Therefore, the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441, *et seq*.

9.      This Notice of Removal is being filed within thirty (30) days of the service of the Complaint upon Defendant pursuant to 28 U.S.C. § 1446(b).

10.     True and correct copies of this Notice of Removal and accompanying exhibits and

separate Notice of Filing of Notice of Removal will be served upon Plaintiff's counsel and filed with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, on this date, in accordance with 28 U.S.C. § 1446(d).

11.    Defendant, Compass Group USA, Inc. consents to the removal of this action.

12.    This Notice of Removal is submitted by counsel for UofL Health, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

## CONCLUSION

WHEREFORE, UofL Health respectfully notifies this Court that the State Court Action has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

*/s/ Chelsea Granville Reed*
Aaron W. Marcus (KBA #96178)
Chelsea Granville Reed (KBA #99160)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
(502) 589-4200
aaron.marcus@dentons.com
chelsea.granvillereed@dentons.com

COUNSEL FOR DEFENDANT,
UOFL HEALTH, INC.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served on this 26th day of December 2024 on all CM-ECF counsel of record and via electronic mail on the following:

W. Edward Skees
THE SKEES LAW OFFICE
415 W. First Street
New Albany, IN 47150
(812) 994-9990
(812) 954-0363
ed@skeeslaw.com

COUNSEL FOR PLAINTIFF,
TERRY SMITH


Craig Siegenthaler
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
(502) 561-3990
csiegenthaler@fisherphillips.com

COUNSEL FOR DEFENDANT,
COMPASS GROUP USA, INC.



                                        /s/ Chelsea Granville Reed

                                        COUNSEL FOR DEFENDANT,
                                        UOFL HEALTH, INC.