UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TERRY SMITH                                                                                             Plaintiff

v.                                                                          Civil Action No. 3:24-cv-744-RGJ

COMPASS GROUP USA, INC.,                                                                       Defendants
UofL HEALTH, INC.

\* \* \* \* \*

**MEMORANDUM OPINION AND ORDER**

On June 4, 2025, the Court entered its Memorandum Opinion and Order Granting in Part Compass Group USA, Inc.'s ("Compass") Motion to Stay and Compel Arbitration. [DE 16]. UofL Health, Inc. ("UofL Health") moves to amend or clarify the order to make clear that UofL Health is not party to the arbitration agreement between Terry Smith ("Smith") and Compass. [DE 17]. The Court's prior order granted Compass's motion to stay and compel arbitration which stated that Smith and Compass were bound by a mutual arbitration agreement, not UofL Health. [DE 10-1 at 40]. And, as UofL Health points out, the agreement itself, which the Court stayed these proceedings to allow arbitration under, does not include UofL Health. [DE 17 at 121-22]. Further, the Court did not order UofL Health to arbitrate or engage in an analysis of any of the limited theories by which a non-signatory may be bound by an arbitration agreement. Nor did it imply that UofL Health was bound by the agreement. As a result, the Court need not amend its prior ruling as it was sufficiently clear.

However, to the extent necessary, the Court **ORDERS** as follows:

1. UofL Health's Motion to Clarify [DE 17] is **GRANTED in part** such that, UofL Health is not compelled to arbitrate under the arbitration agreement at issue in this case to which it is neither party nor signatory,

1

2.	The case remains stayed pending arbitration between Smith and Compass,

3.	Only Smith and Compass need file a written notice in the record notifying the Court when the arbitration is commenced and file status reports until arbitration has concluded.

4.	Smith and Compass shall file a written notice in the record notifying the Court when the arbitration is commenced. This notice shall be filed within **10 days of commencing arbitration.**

5.	Smith and Compass shall file a status report on **December 5, 2025** and every six months thereafter until the arbitration is concluded.

6.	Smith and Compass shall notify the Court **within 20 days** when arbitration is completed as to next steps.

Rebecca Grady Jennings, District Judge
United States District Court

August 21, 2025